UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State Farm Fire and Casualty Company,      Civil 10-276 PJS/FLN

       Plaintiff,

v.      O R D E R

Mohamed Ali, Farhiyo Hussein,
Abdullahi Abdulkadir, and Osman
Abdirahman,

       Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 24, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Entry of Judgment (Docket No. 33) is **GRANTED**.

2. Defendants' Answer is stricken and Defendants' Counterclaim is **DISMISSED**.

3. Judgment shall be entered in favor of Plaintiff State Farm Fire and Casualty Company, and against each Defendant, Mohamed Ali, Farhiyo Hussein, Abdullahi Abdulkadir, and Osman Abdirahman, for the relief sought in the Complaint. Specifically, Defendants are not entitled to coverage under the State Farm insurance policy for any claim for first-party benefits related to the alleged accident on July 1, 2009.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 15, 2011.        s/Patrick J. Schiltz
at Minneapolis, Minnesota     Patrick J. Schiltz
                                United States District Judge